1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   STEVEN H. WINICK, Cal. Bar No. 160815
3  BRIAN R. BLACKMAN, Cal. Bar No. 196996
   MARTIN D. WHITE, Cal. Bar No. 253476
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  shwinick@sheppardmullin.com
   bblackman@sheppardmullin.com
7  mwhite@sheppardmullin.com

8  Attorneys for Defendants
   HILL FLORAL PRODUCTS, INC. and
9  HS FLORAL DISTRIBUTORS, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | THE SUN VALLEY GROUP, INC.,            | Case No. CV-08-1294 PJH

15 |       Plaintiff,                        | **PROOF OF SERVICE**

16 |    v.

17 | HILL FLORAL PRODUCTS, INC., an Ohio
   | Corporation, HS FLORAL DISTRIBUTORS,
18 | INC., an Indiana Corporation, and DOES 1-
   | 100 Inclusive,
19
   |       Defendants.
20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **March 6, 2008**, I served the following documents described as

**Notice of Removal Under 28 U.S.C. 1441(b) (Diversity), with Exhibit A**

**Civil Cover Sheet**

**Order Setting Initial Case Management Conference and ADR Deadlines**

**Standing Order re Removed Cases**

**Standing Order For All Judges of the Northern District of California – Contents of Joint Case Management Statement**

**Welcome to the United States District Court, San Francisco**

**ECF Registration Information Handout**

**Notive of Availability of Magistrate Judge to Exercise Jurisdiction**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| R. Dale Ginter, Esq.<br>Treven I. Tilbury, Esq.;<br>Janice H. Lai, Esq.<br>Downey Brand, LLP<br>555 Capitol Mall, Tenth Floor<br>Sacramento, California 95814-4686<br>Tel: (916) 444-1000; Fax: (916) 444-2100 | *Attorneys for Plaintiff*<br>*The Sun Valley Group, Inc.* |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

1  ☐  **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressees.

2  ☐  **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3  ☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 6, 2008**, at San Francisco, California.

_____
Jane Gorsi