1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    STEVEN H. WINICK, Cal. Bar No. 160815
3  BRIAN R. BLACKMAN, Cal. Bar No. 196996
    MARTIN D. WHITE, Cal. Bar No. 253476
4  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
5  Telephone:    415-434-9100
    Facsimile:     415-434-3947
6  shwinick@sheppardmullin.com
    bblackman@sheppardmullin.com
7  mwhite@sheppardmullin.com

8  Attorneys for Defendants
    HILL FLORAL PRODUCTS, INC. and
9  HS FLORAL DISTRIBUTORS, INC.

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  | THE SUN VALLEY GROUP, INC.,                                        | Case No.  CV-08-1294 PJH                                                                         |
    |---|---|
15  | Plaintiff,                                                                               | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SUN VALLEY'S COMPLAINT TO APRIL 24, 2008** |
16  | v.                                                                                         |  |
17  | HILL FLORAL PRODUCTS, INC., an Ohio Corporation, HS FLORAL DISTRIBUTORS, INC., an Indiana Corporation, and DOES 1-100 Inclusive, | [No Hearing Required] |
18  |  |  |
19  | Defendants.                                                                       |  |

20
21
22
23
24
25
26
27
28

W02-WEST:5MDW1\400736192.1

JOINT STIPULATION EXTENDING
DEFENDANTS' TIME TO RESPOND
Case No.  CV-08-1294 PJH

1  Pursuant to Local Rule 6.1(a), defendants Hill Floral Products, Inc. and HS Floral
2  Distributors, Inc. (collectively "Defendants"), and plaintiff The Sun Valley Group, Inc., by
3  and through their respective counsel, stipulate to extend Defendants' time to respond to the
4  plaintiff's Complaint by an additional forty-five days. The parties agree that Defendants'
5  response is due for filing and service on or before April 24, 2008.
6  Dated: March 7, 2008

DOWNEY BRAND LLP

By  _____
     TREVEN I. TILLBURY,
     Attorneys for Plaintiff
     THE SUN VALLEY GROUP

Dated: March 7, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian R. Blackman
       BRIAN R. BLACKMAN
       Attorneys for Defendant
       HILL FLORAL PRODUCTS, INC. and HS FLORAL
       DISTRIBUTORS, INC.