**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| The Sun Valley Group Inc., | 08-01294 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Hill Floral Products Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01294 PJH                                                            -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: June 5, 2008
9                                              RICHARD W. WIEKING
                                                Clerk
10                                              by:    Timothy J. Smagacz

11                                              *[signature: Timothy Smagacz]*
12                                              ————————————————————
                                                ADR Administrative Assistant
                                                415-522-4205
13                                              Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01294 PJH                              -2-

PROOF OF SERVICE

Case Name:      The Sun Valley Group Inc. v. Hill Floral Products Inc.

Case Number:    08-01294 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On June 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Robert Dale Ginter
>   Downey Brand LLP
>   555 Capitol Mall
>   10th Floor
>   Sacramento, CA 95814-4686
>
>   Treven Isaac Tilbury
>   Downey Brand LLP
>   555 Capitol Mall, 10th Floor
>   Sacramento, CA 95814
>   ttilbury@downeybrand.com
>
>   Janice H Lai
>   Downey Brand LLP
>   555 Capitol Mall
>   10th Floor
>   Sacramento, CA 95814
>   jlai@downeybrand.com
>
>   Martin Daniel White
>   Sheppard Mullin Richter & Hampton LLP

Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
mwhite@sheppardmullin.com

Brian R. Blackman
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
bblackman@sheppardmullin.com

Steven Howard Winick
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
shwinick@sheppardmullin.com

Martin Daniel White
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
mwhite@sheppardmullin.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2008 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

          */s/ Timothy Smagacz*
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov