UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE SUN VALLEY GROUP, INC.

        Plaintiff(s),

v.

HILL FLORAL PRODUCTS, INC. and
HS FLORAL DISTIRBUTORS, INC.
        Defendant(s).

Case No. C 08-01294 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/12/08

                                              [Party]

Dated: 6/12/08

                                              [Counsel]