1 | DOWNEY BRAND LLP
R. DALE GINTER (Bar No. 100784)
2 | TREVEN I. TILBURY (Bar No. 210052)
JANICE H. LAI (Bar No. 244995)
3 | 555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
4 | Telephone: (916) 444-1000
Facsimile: (916) 444-2100
5 | dginter@downeybrand.com
ttilbury@downeybrand.com
6 | jlai@downeybrand.com

7 | Attorneys for Plaintiff
THE SUN VALLEY GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE SUN VALLEY GROUP, INC., | Case No. C 08-01294 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| HILL FLORAL PRODUCTS, INC., an Indiana Corporation; HS FLORAL DISTRIBUTORS, INC., an Indiana Corporation; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

Plaintiff The Sun Valley Group, Inc. ("Plaintiff") and Defendants Hill Floral Products, Inc. and HS Floral Distributors, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate pursuant to L.R. 6-2 and L.R. 7-12 to continue the Initial Case Management Conference scheduled for June 19, 2008 for thirty (30) days. Good cause exists to continue the Initial Case Management Conference because the parties are currently engaged in productive settlement discussions. Additionally, pursuant to an agreement between the parties, Defendants have not responded to Plaintiff's complaint. No previous time modifications have occurred in this case, and the continuance will have no substantive effect on the schedule for the case. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR

933038.1

1

1  Deadlines, the continuance of the Initial Case Management Conference will continue all other
2  deadlines.
3  IT IS SO STIPULATED

5  DATED: June 12, 2008          DOWNEY BRAND LLP

7                                By: _____
                                   JANICE H. LAI
8                                  Attorney for Plaintiff
                                   THE SUN VALLEY GROUP, INC.

10 DATED: June 12, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13                                By: _____
                                   STEVEN H. WINICK
14                                 Attorney for Defendants
                                   HILL FLORAL PRODUCTS, INC. and HS
                                   FLORAL DISTRIBUTORS, INC.

16 IT IS SO ORDERED:

18    The Court, having considered the Stipulation of the parties and good cause appearing,
hereby orders the Initial Case Management Conference continued for thirty (30) days. The Initial
Case Management Conference is hereby continued to _____. All other deadlines are
continued accordingly.

Dated: June ___, 2008          _____
                               HON. PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT COURT JUDGE

933038.1

2

Stipulation and Order to Continue Initial Case Management Conference