```
DOWNEY BRAND LLP
R. DALE GINTER (Bar No. 100784)
TREVEN I. TILBURY (Bar No. 210052)
JANICE H. LAI (Bar No. 244995)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
dginter@downeybrand.com
ttilbury@downeybrand.com
jlai@downeybrand.com

Attorneys for Plaintiff
THE SUN VALLEY GROUP, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUN VALLEY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HILL FLORAL PRODUCTS, INC., an Indiana Corporation; HS FLORAL DISTRIBUTORS, INC., an Indiana Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. C 08-01294 PJH<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff The Sun Valley Group, Inc. ("Plaintiff") and Defendants Hill Floral Products, Inc. and HS Floral Distributors, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate pursuant to L.R. 6-2 and L.R. 7-12 to continue the Initial Case Management Conference scheduled for June 19, 2008 for thirty (30) days. Good cause exists to continue the Initial Case Management Conference because the parties are currently engaged in productive settlement discussions. Additionally, pursuant to an agreement between the parties, Defendants have not responded to Plaintiff's complaint. No previous time modifications have occurred in this case, and the continuance will have no substantive effect on the schedule for the case. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR

1  Deadlines, the continuance of the Initial Case Management Conference will continue all other
2  deadlines.
3  IT IS SO STIPULATED

5  DATED: June 12, 2008                    DOWNEY BRAND LLP

7                                          By: _____
                                               JANICE H. LAI
8                                              Attorney for Plaintiff
                                               THE SUN VALLEY GROUP, INC.

10 DATED: June 12, 2008                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13                                         By: _____
                                               STEVEN H. WINICK
14                                             Attorney for Defendants
                                               HILL FLORAL PRODUCTS, INC. and HS
                                               FLORAL DISTRIBUTORS, INC.

16 IT IS SO ORDERED:

18 The Court, having considered the Stipulation of the parties and good cause appearing,
19 hereby orders the Initial Case Management Conference continued for thirty (30) days. The Initial
20 Case Management Conference is hereby continued to July 24, 2008  All other deadlines are
21 continued accordingly.
22 Dated: June 16, 2008
                                           _____
                                           HON. PHYLLIS J. HAMILTON
                                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

933038.1                                    2

Stipulation and Order to Continue Initial Case Management Conference