# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| The Sun Valley Group Inc., | 08-01294 PJH MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Hill Floral Products Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James Barber**
Attorney at Law
55 Amigo Lane
Walnut Creek, CA 94596
925-210-0363

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01294 PJH MED                               - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: June 24, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov