**James P. Barber**
**55 Amigo Lane**
**Walnut Creek, CA 94596**
925-210-0363 (ph./fax)
jim.barber@sbcglobal.net

June 27, 2008

<u>VIA E-MAIL</u>

| | |
|---|---|
| Treven Isaac Tilbury, Esq. | Brian R. Blackman, Esq. |
| Janice H. Lai, Esq. | Martin Daniel White, Esq. |
| Robert Dale Ginter, Esq. | Steven Howard Winick, Esq. |
| Downey Brand LLP | Sheppard Mullin Richter & Hampton LLP |
| 555 Capitol Mall, 10th Floor | Four Embarcadero Center, 17th Floor |
| Sacramento, CA 95814 | San Francisco, CA 94111 |

Re:  The Sun Valley Group Inc. v. Hill Floral Products, Inc., et al.
    <u>USDC (N.D. Cal., SF) Case Nos. C 08-01294-PJH MED</u>

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in the referenced cases under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I attach a copy of my neutral profile describing my professional experience from the court's web site.

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I request that plaintiff's counsel confer with defendants' counsel and advise me of two or three alternative mutually convenient days and times for the call. I will be not be available from July 4-13, 2008, so it would be good if we could have our call next week: Monday morning (6/30); Tuesday morning (7/1); Wednesday (7/2); or Thursday (7/3; after 10:30 a.m.). If next week does not work for you, it will have to be the week of July 14. I may be available during the week of July 21, but that is unclear at the moment. Before the telephone conference, please ascertain from

Treven Isaac Tilbury, Esq., et al.
June 27, 2008
Page 2

your clients and any insurers a selection of dates upon which the mediation may be conducted. I am generally available, in addition to the foregoing dates, during the week of July 28 and most of August (except August 1). The final date in the referenced case that the mediation can be held is October 14, 2008, based on the current scheduling order.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality. However, in the interests of full disclosure, I advise that I have had cases where the Downey Brand firm represented another party (probably a co-defendant in a pollution coverage matter) and I am sure I have had cases where the Sheppard Mullin firm represented another party. These cases most likely were litigated in the 1980s and 1990s, although I cannot recall a specific case in either instance at this time. Please advise whether your clients or you have any questions or concerns about the foregoing.

I look forward to assisting you on this case.

Sincerely yours,

/s/

James P. Barber

cc:   Clerk's Office-ADR Unit
      Attn:  Alice M. Fiel
      (via e-mail)

I am an existing :Mediator,

| Name (Last, First, M.I.) | Firm or Office Name | Office Address | |
|---|---|---|---|
| Barber, James | Attorney at Law | 55 Amigo Lane<br>Walnut Creek, CA 94596 | |
| **Office Phone** | **Fax** | **E-mail** | **Website** |
| 925-210-0363 | 925-210-0363 | jim.barber@sbcglobal.net | |

## ADR EXPERIENCE:

| Summarize ADR experience, particularly in the last five years |
|---|
| I have mediated a dozen or more business and commercial cases through the BASF in 2006. |
| **Other courts or organizations for which you serve as an ADR neutral** |
| I am a member of the arbitrator panels for the NYSE and the NASD. I am a member of the BASF mediators panel. |

## ADR TRAINING:

| Course Provider, Course Content, Date and No. Hours Role-Playing by Participants |
|---|
| UC Berkeley (Ron Kelly), Mediation and Conflict Resolution Seminar, June 2005 (40 hours)<br>NASD, Panel Member Training for Arbitrators, August 2005 (2005)<br>NASD, Expungement Training, September 2005<br>NASD, Arbitrator Chariperson Training, September 2006<br>NYSE, Arbitrator Training, October 2006 (3 hours)<br>USDC (ND Cal) Mediation Training, Octber and December 2006 (32 hours) |

## ADR PRACTICE AREAS:

For each ADR panel to which you are applying, please check all subject areas in which you believe you are qualified to serve. Note that ENE and arbitration require greater substantive expertise than mediation because evaluators prepare evaluations and arbitrators render awards based on the merits of the case.

| ENE | Mediation | Arbitration |
|---|---|---|
|  | Antitrust, Aviation, Banking/Financial Services, Business Torts, Contracts, Environmental, Franchise, Fraud, Insurance, Landlord/Tenant, Partnerships, Securities, UCC, Unfair Competition |  |

## LEGAL AND OTHER PROFESSIONAL EXPERIENCE:

| **Professional Experience:** *Summarize legal or other professional experience (including teaching), particularly in past five years* |
|---|
| I have litigated complex insurance and business disputes for more than 30 years. During that |

time, I have represented numerous business and individual clients, including manufacturers of chemicals, industrial tools, medical equipment and automobile components, owners and developers of commercial and residential real property, as well as engineers, architects, industry associations, software companies, insurance and reinsurance companies, insurance agencies and adjusters, advertising agencies, banks and credit unions, race horse owners and media and broadcasting companies.

My background includes litigating the case that decided the law in the Ninth Circuit for control person liability under Section 20(a) of the Securities and Exchange Act of 1934. (Kersh v. General Council of Assemblies of God (9th Cir. 1986) 804 F. 2d 546). I also have litigated antitrust cases (Tripper Corp. v. Chrysler Corp. (N.D. Cal. 1980) 484 F. Supp. 507) and foreign exchange transaction matters (Spectra-Physics, Inc. v. Chase Manhattan Bank, N.A. (N.D. Cal. 1987) 654 F. Supp. 311). Most recently, the bulk of my practice involved environmental coverage matters, in which I represented the Underwriters at Lloyd's, London, and other London market insurers. Recently, I completed representation of the London aviation insurance market in a 12-year insurance coverage dispute and litigation matter concerning a major aircraft manufacturer. (Leslie Walpole Procter v. Lockheed Corp., Santa Clara Super. Ct. No. 731752). I also have testified as an expert witness and has written on topical litigation matters.

I have been a member of my law firm's management committee from time to time and was its finance partner for a decade.

I graduated Order of the Coif from Hastings College of the Law in 1973, was a member of the Thurston Society and was an Articles Editor for the Hastings Law Journal. I was a Captain in the United States Army and served tours of duty in Germany and Vietnam from 1967 to 1970. I completed my undergraduate education in 1967 at UC Santa Barbara, where I was a member of the Blue Key National Honor Society and the Player's Player on the 1965 Hall of Fame Camellia Bowl football team.

Presently, I am a member of the Board of Directors of the UC Santa Barbara Alumni Association and am a founding member and director of the Gaucho Athletics Association. I also am a licensed instrument rated private pilot.

**Nature of Practice:** *Attorney applicants only*

| **Litigation** | 32 Number of years in active litigation |
| --- | --- |
| | Percentage of practice in last 5 years : |
| | representing plaintiffs 5 % |
| | representing defendants 95 % |
| | in federal court 5 % |
| | in state court 95 % |

| Please describe: |
| --- |
| Please describe: |

| Bar Admissions | | |
| --- | --- | --- |
| Bar | Bar No. | Year of Admission |
| No. District California | N/A | 1973/4 |
| California Bar | 56502 | 1973 |
| Other: Specify 9th Circuit, Eastern, Central and Southern Districts of California in 1973/4, |

ABA, BASF

**Legal and Other Professional Education:** *Degree, school, year received*
Hastings College of the Law, JD, 1973

**Other Relevant Information** *(e.g. publications, professional affiliations, awards, additional experience or skills)*
See Professional Experience, above

## SERVING AS A NEUTRAL:
Available for sessions in :
San Francisco, Oakland, San Jose, Marin County, Walnut Creek

ADDITIONAL INFORMATION
Use this area to provide any additional information: