1  DOWNEY BRAND LLP
   R. DALE GINTER (Bar No. 100784)
2  TREVEN I. TILBURY (Bar No. 210052)
   JANICE H. LAI (Bar No. 244995)
3  555 Capitol Mall, Tenth Floor
   Sacramento, CA  95814-4686
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  dginter@downeybrand.com
   ttilbury@downeybrand.com
6  jlai@downeybrand.com

7  Attorneys for Plaintiff
   THE SUN VALLEY GROUP, INC.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | THE SUN VALLEY GROUP, INC.,           | Case No.  C 08-01294 PJH
13 |           Plaintiff,                  | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
14 | v.                                    |
15 | HILL FLORAL PRODUCTS, INC., an        |
   | Indiana Corporation; HS FLORAL        |
16 | DISTRIBUTORS, INC., an Indiana        |
   | Corporation; and DOES 1 through 100,  |
17 | Inclusive,                            |
18 |           Defendants.                 |

19

20       Plaintiff The Sun Valley Group, Inc. ("Plaintiff") and Defendants Hill Floral Products,

21 Inc. and HS Floral Distributors, Inc. ("Defendants"), by and through their respective counsel of

22 record, hereby stipulate pursuant to L.R. 6-2 and L.R. 7-12 to continue the Initial Case

23 Management Conference scheduled for July 24, 2008 for thirty (30) days.  Good cause exists to

24 continue the Initial Case Management Conference because the parties have reached a tentative

25 settlement agreement.  Additionally, pursuant to an agreement between the parties, Defendants

26 have not responded to Plaintiff's complaint.  The parties have previously stipulated to continue

27 the Initial Case Management Conference which was scheduled for June 19, 2008.  The

28 continuance will have no substantive effect on the schedule for the case.  The continuance of the

939288.2                                1

Initial Case Management Conference will continue all other deadlines.

IT IS SO STIPULATED

DATED: July 15, 2008         DOWNEY BRAND LLP

By: /s/ JANICE H. LAI
    JANICE H. LAI
    Attorney for Plaintiff
    THE SUN VALLEY GROUP, INC.

DATED: July 15, 2008         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ STEVEN H. WINICK
    STEVEN H. WINICK
    Attorney for Defendants
    HILL FLORAL PRODUCTS, INC. and HS FLORAL DISTRIBUTORS, INC.

IT IS SO ORDERED:

    The Court, having considered the Stipulation of the parties and good cause appearing, hereby orders the Initial Case Management Conference continued for thirty (30) days. The Initial Case Management Conference is hereby continued to _____. All other deadlines are continued accordingly.

Dated: July ___, 2008

    HON. PHYLLIS J. HAMILTON
    UNITED STATES DISTRICT COURT JUDGE

939288.2

2