IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Sun Valley Group, Inc., | No C-08-1294 PJH |
| Plaintiff, | ORDER |
| v | |
| Hill Floral Products Inc., et al., | |
| Defendant. | |

      The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c). Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

      The parties are directed to confer regarding reassignment and to file, on or before August 8, 2008, a letter stating whether or not the parties consent to reassignment of this matter to Magistrate Judge Vadas. If the parties so consent, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: July 25, 2008

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE