**DOWNEY | BRAND**
ATTORNEYS LLP

555 Capitol Mall, 10th Floor
Sacramento, CA 95814

P: 916/444-1000
F: 916/444-2100
downeybrand.com

Janice H. Lai
jlai@downeybrand.com

August 8, 2008

**VIA ELECTRONIC FILING**

The Honorable Judge Phyllis J. Hamilton
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Sun Valley Group v. Hills Floral Product et al.
      C-08-1294 PJH

Judge Hamilton:

Pursuant to the Court's Order dated July, 25, 2008, the parties in the above referenced matter have conferred regarding reassignment to Magistrate Judge Nandor J. Vadas. The parties hereby consent to the reassignment.

Very truly yours,

DOWNEY BRAND LLP

Janice H. Lai

cc:   Treven Tilbury (Firm)
      Steve Winick (Sheppard Mullin)
      Lane DeVries c/o Pam Giovannetti (Dun & Martinek LLP)

JHL:jhl
945042.1