UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN VALLEY GROUP,

    Plaintiff(s),

    v.

HILL FLORAL PRODUCTS, et al.,

    Defendant(s).
_____/

No. C 08-1294 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred to Magistrate Judge Vadas for all purposes including trial and entry of judgment.

    The case management conference date of August 28, 2008 in San Francisco, is VACATED. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Vadas.

    IT IS SO ORDERED.

Dated: August 11, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Magistrate Judge Vadas