# UNITED STATES DISTRICT COURT
### Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### August 12, 2008

**CASE NUMBER:  CV 08-01294 PJH**
**CASE TITLE:  SUN VALLEY GROUP-v-HILL FLORAL PRODUCTS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Eureka** division.

**Honorable Nandor J. Vadas** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/12/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                           Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 8/12/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA