**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
514 H STREET
EUREKA, CA 95501
Phone: (707) 445-3612



RICHARD W. WIEKING
CLERK OF COURT

August 13, 2008

**Treven Isaac Tilbury**
Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento , CA 95814

**Brian R. Blackman**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco , CA 94111-4106

**Re:    SUN VALLEY GROUP v. HILL FLORAL PRODUCTS et al.**
         C 08-1294

Dear Counsel:

    This matter has been  assigned to United States Magistrate Judge Nandor J. Vadas for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    While the docket reflects a letter of consent to Magistrate Judge Vadas for all further proceedings in this matter, parties are required to file the formal document.  Attached is the consent form.  Please sign and file the same by August 27, 2008 if you wish to proceed in this manner.   This form can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING
By: *Gloria Masterson*
    Gloria Masterson
    Deputy Clerk

Attachment

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELD(1), | No. C FIELD(3) JCS |
|     Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
|     v. | |
| FIELD(2), | |
|     Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____       _____
                                                                                          Signature

                                                                                          Counsel for _____
                                                                                            (Name or party or indicate "pro se")