1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9                                              No. C 08-1294 NJV
10           Plaintiff(s),              CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE
11    v.
12
13           Defendant(s).
                                     /
14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: August 26, 2008                        _____
                                                 Signature
22
                                                 Counsel for  The Sun Valley Group Inc.
23                                               (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28