1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                      NORTHERN DISTRICT OF CALIFORNIA
8
  SUN VALLEY GROUP
9                                              No. C 08-1294
10         Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                      **UNITED STATES MAGISTRATE JUDGE**
11     v.
   HILL FLORAL PRODUCTS, et al,
12
13         Defendant(s).
                                    /
14

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated: 8/26/2008                      _____
                                          Signature
22
                                          Counsel for  Defendant Hill Floral Products
23                                        (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28