1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8
SUN VALLEY GROUP,
9                                                    No. C 08-1294 NJV

10          Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A**
                                             **UNITED STATES MAGISTRATE JUDGE**
11     v.
   HILL FLORAL PRODUCTS, et al.
12
13          Defendant(s).
                                         /
14 _____

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated: August 27, 2008                   _____
                                            Signature
22
                                            Counsel for  The Sun Valley Group Inc.
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28